Exhibit A

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil
Case No: 22-40568-NHL

Exhibit A- Liquidation Analysis

**Assets**

| | | |
|---|---|---|
| a. | Cash on hand | $4,472.86 |
| b. | Accounts receivable | None |
| c. | Inventory | None |
| d. | Equipment | None |
| e. | Automobiles | $10,000 |
| f. | Building and Land | $2,000.000 |
| g. | Customer List | None |
| h. | Investment property | None |
| i. | Lawsuits or other claims against third parties | None |

Total- Assets:                $2,014,472.86

**Total Assets at Liquidation Value**

| | | |
|---|---|---|
| Less: | Secured creditors recoveries | $2,786,429.15 |
| Less: | Chapter 7 trustee fees and expenses | $47,500.00 |
| Less: | Chapter 11 Administrative expenses | $50,000.00 |
| Less: | Priority claims, excluding administrative expense claims | $45,648.75 |
| Less: | Debtor's claimed exemptions | $204,825.00 |

(1) Balance for unsecured claims                0
(2) Total dollar amount of unsecured claims     $103,279.78

Percentage of claims which unsecured creditors would receive
or retain in a chapter 7 liquidation:        0%

Percentage of claims which unsecured claims will receive
or retain under the plan:                    0.05 %