Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

|  | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 |
|---|---|---|---|---|---|
| Beginning Bank Balance | 4,472.86 | 4,781 | 5,089 | 5,393.00 | 701 |
| Gross Wages | 20,000 | 20,000 | 20,000 | 15,000 | 20,000 |
| First Mortgage | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| Utilities | 1,987 | 1,987 | 1,987 | 1,987 | 1,987 |
| Food & Household | 1000 | 1000 | 1,000 | 1000 | 1000 |
| Cell Phone | 190 | 190 | 190 | 190 | 190 |
| Transportation | 250 | 250 | 250 | 250 | 250 |
| Clothes, laundry, dry cleaning | 200 | 200 | 200 | 200 | 200 |
| Miscellaneous | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Car Payment | 588 | 588 | 588 | 588 | *588* |
| Car Insurance | 250 | 250 | 250 | 250 | 250 |
| Estimated Taxes | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Total Expenses | 14,392 | 14,392 | 14,392 | 14,392 | 14,392 |
| Ch 11 Plan Payment | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| Closing Bank Balance | 4,781 | 5,089 | 5,393 | 701 | 1,009 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 |
|---|---|---|---|---|---|---|---|---|
| 1,009 | 1,167 | 1,217 | 1,217 | 8,517 | 3,217 | 2,917 | 2,617 | 2,917 |
| 20,000 | 20,000 | 20,000 | 30,000 | 15,000 | 20,000 | 20,000 | 20,500 | 20,500 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 1,987 | 2,050 | 2,050 | 2,300 | 2,400 | 2,400 | 2,300 | 2,300 | 2,000 |
| 1000 | 1000 | 1000 | 1000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 |
| 250 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 |
| 350 | 350 | 350 | 350 | 350 | 350 | 350 | 150 | 150 |
| 2,500 | 2,500 | 2,500 | 5,000 | 2,500 | 2,500 | 2,500 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 350 | 350 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 14,542 | 14,650 | 14,650 | 17,400 | 15,000 | 15,000 | 15,000 | 14,900 | 14,600 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 1,167 | 1,217 | 1,267 | 8,517 | 3,217 | 2,917 | 2,617 | 2,917 | 3,517 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 |
|---|---|---|---|---|---|---|---|---|
| 3,517 | 4,117 | 107 | 647 | 1,317 | 1,917 | 2,007 | 2,096 | 2,186 |
| 20,500 | 15,000 | 20,500 | 20,500 | 20,500 | 20,500 | 20,500 | 20,500 | 20,500 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,000 | 2,000 | 2,000 | 2,000 | 2,300 | 2,450 | 2,550 | 2,550 | 2,550 |
| 1,000 | 800 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 190 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 |
| 150 | 100 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| 2,600 | 1,900 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 350 | 350 | 350 | 350 | 350 | 350 | 350 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 14,600 | 13,710 | 14,660 | 14,600 | 14,600 | 15,110 | 15,110 | 15,110 | 15,110 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 4,117 | 107 | 647 | 1,317 | 1,917 | 2,007 | 2,097 | 2,186 | 2,276 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 |
|---|---|---|---|---|---|---|---|---|
| 2276 | 2366 | 2456 | 2546 | 3691 | 334 | 424 | 424 | 474 |
| 20,500 | 20,500 | 20,500 | 20,500 | 16,000 | 20,500 | 20,500 | 20,700 | 20,700 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,550 | 2,550 | 2,550 | 2,000 | 2,000 | 2,550 | 2,550 | 2,600 | 2,600 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,100 | 1,100 |
| 250 | 250 | 190 | 190 | 190 | 190 | 190 | 190 | 190 |
| 295 | 295 | 295 | 0 | 0 | 295 | 295 | 295 | 295 |
| 150 | 150 | 150 | 0 | 0 | 150 | 300 | 300 | 300 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 15,110 | 15,110 | 15,110 | 14,055 | 14,055 | 15,110 | 15,200 | 15,350 | 15,350 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 2,366 | 2,456 | 2,546 | 3,691 | 334 | 424 | 424 | 474 | 524 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | July 1, 2028 | Aug-28 |
|---|---|---|---|---|---|---|---|---|
| 524 | 574 | 574 | 574 | 574 | 574 | 1,074 | 1,574 | 74 |
| 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 18,700 | 20,700 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,100 | 2100 | 2,100 | 2,100 |
| 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,000 |
| 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 |
| 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 |
| 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 300 | 300 | 300 | 250 | 250 | 250 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 15,350 | 15,400 | 15,400 | 15,400 | 15,400 | 14,900 | 14,900 | 14,900 | 14,900 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 574 | 574 | 574 | 574 | 574 | 1,074 | 1,574 | 74 | 574 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 574 | 1,074 | 1,574 | 1,874 | 2,124 | 1,714 | 1,304 | 894 | 1,194 |
| 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,100 | 2,000 | 2,300 | 2,600 | 3,000 | 3,000 | 3,000 | 2,300 | 2,300 |
| 1,000 | 1,000 | 1,000 | 1,100 | 1,100 | 1,100 | 1,000 | 1,100 | 1,100 |
| 190 | 190 | 190 | 190 | 250 | 250 | 250 | 250 | 250 |
| 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 |
| 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 14,900 | 14,900 | 15,100 | 15,150 | 15,810 | 15,810 | 15,810 | 15,110 | 15,110 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 1,074 | 1,574 | 1,874 | 2,124 | 1,714 | 1,304 | 894 | 1,194 | 1,494 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 |
|---|---|---|---|---|---|---|---|---|
| 1,494 | 1,794 | 384 | 624 | 864 | 1,104 | 1,344 | 934 | 524 |
| 20,700 | 19,000 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 3,000 | 3,000 | 3,000 |
| 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 |
| 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 250 | 300 | 250 | 250 | 250 | 250 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 15,110 | 15,110 | 15,160 | 15,160 | 15,160 | 15,160 | 15,810 | 15,810 | 15,810 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 1,794 | 384 | 624 | 864 | 1,104 | 1,344 | 934 | 524 | 114 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 |
|---|---|---|---|---|---|---|---|---|
| 114 | 304 | 494 | 684 | 874 | 374 | 564 | 754 | 844 |
| 20,700 | 20,700 | 20,700 | 20,700 | 20,000 | 20,700 | 20,700 | 20,700 | 20,700 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,500 | 2,500 |
| 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 |
| 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 15,210 | 15,210 | 15,210 | 15,210 | 15,210 | 15,210 | 15,210 | 15,310 | 15,310 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 304 | 494 | 684 | 874 | 364 | 564 | 754 | 844 | 934 |

Gillian Jordan aka Gillian Margaret Jordan-De Verteuil, Case No: 22-40568-NHL, Exhibit B- Projected Financial Information

| Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 |
|---|---|---|---|---|---|
| 934 | 824 | 514 | 204 | 94 | 284 |
| 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 |
| 2,427 | 2,427 | 2,427 | 2,427 | 2,427 | 2,427 |
| 2,700 | 2,900 | 2,900 | 2,700 | 2,400 | 2,400 |
| 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| 250 | 250 | 250 | 250 | 250 | 250 |
| 295 | 295 | 295 | 295 | 295 | 295 |
| 300 | 300 | 300 | 300 | 300 | 300 |
| 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| 588 | 588 | 588 | 588 | 588 | 588 |
| 250 | 250 | 250 | 250 | 250 | 250 |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 15,510 | 15,710 | 15,710 | 15,510 | 15,210 | 15,210 |
| 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 |
| 824 | 514 | 204 | 94 | 284 | 474 |